# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | Case No. 1:15-cv-00610-SKO |
| Plaintiff, | **ORDER EXTENDING THE TIME FOR DEFENDANT EUSTOLIA CAMACHO TO RESPOND TO THE COMPLAINT** |
| v. | |
| JOSE M. CAMACHO d/b/a EL MEXICANO RESTAURANT & TAQUERIA; EUSTOLIA CAMACHO individually and d/ba EL MEXICANO RESTAURANT & TAQUERIA, | |
| Defendants. | |

The Complaint was filed on April 21, 2015, and served on Defendants Jose M. Camacho d/b/a El Mexicano Restaurant and Eustolia Camacho, individually and d/b/a El Mexicano Restaurant, on May 7, 2015, with an answer due on May 28, 2015. (*See* Docs. 1; 6; 7.) Plaintiff Rachel Lobato ("Plaintiff") filed a Notice of Voluntary Dismissal of Defendant Jose M. Camacho on May 22, 2015, and on May 27, 2015, the docket was updated to reflect that Defendant Jose M. Camacho had been dismissed. (Docs. 8; 10.) On June 29, 2015, Plaintiff filed a stipulation and proposed order for an extension of time for remaining Defendant Eustolia Camacho to respond to the Complaint. (Doc. 11.)

The Parties stipulated to an extension of time to accommodate a Certified Access Specialist report to be completed, which the Parties believe will lead to a conclusion of ongoing settlement negotiations without further Court intervention. (Doc. 11.)  The Parties request that

Defendant Eustolia Camacho's response to the Complaint be filed by no later than August 7, 2015. (Doc. 11.)

The Parties further request that the Case Management Conference currently set for July 2, 2015 (*see* Doc. 4) and the Scheduling Conference currently set for July 30, 2015 (*see* Doc. 3) be rest until after Defendant Eustolia Camacho's response to the Complaint is filed, in order to "conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved" (Doc. 11).

The Court agrees that judicial resources are best accommodated by continuing the Scheduling Conference to date after Defendant Eustolia Camacho's response to the Complaint has been filed. However, as this case has been randomly selected for assignment to a United States District Judge in the Sacramento Division of the Eastern District, the Case Management Conference currently set for July 2, 2015, must go forward as calendared to appropriately assign the case to a Sacramento District Judge if the Parties do not wish to consent to Magistrate Judge jurisdiction.

**ORDER**

The Court has reviewed the parties' stipulation and, good cause appearing, the Court ORDERS the following:

1) Defendant Eustolia Camacho shall have up to and including August 7, 2015, to answer or otherwise respond to the Complaint;

2) The Case Management Conference shall remain on calendar for July 2, 2015, at 10:30 a.m. in Courtroom 7; and

3) The Scheduling Conference currently set for July 30, 2015, at 9:45 a.m. in Courtroom 7 will be continued to August 27, 2015, at 9:30 a.m. The Parties are directed to file their joint scheduling report no later than 7 days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 30, 2015**                             /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE