1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | Email: tanya@moorelawfirm.com

5 | Attorney for Plaintiff
Rachel Lobato

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO, | No. 1:15-cv-00610-MCE-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JOSE M. CAMACHO dba EL MEXICANO RESTAURANT & TAQUERIA, et al., | |
| Defendants. | |

1   IT IS HEREBY STIPULATED by and between Plaintiff Rachel Lobato and Defendant Eustolia Camacho, individually and dba El Mexicano Restaurant & Taqueria, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 18, 2015                    MOORE LAW FIRM, P.C.

                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff
                                         Rachel Lobato

Date: August 18, 2015                    COLEMAN & HOROWITT, LLP

                                         */s/ Keith M. White*
                                         Keith M. White
                                         Attorneys for Defendant
                                         Eustolia Camacho, individually and dba El
                                         Mexicano Restaurant & Taqueria

**ORDER**

The parties having so stipulated, it is hereby ordered that this action is DISMISSED with prejudice in its entirety, and each party shall bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT